**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 517 MAL 2014
:
                    Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
DAVID VASQUEZ JORDAN, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.